COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

EDGAR CARDENAS,  §  No. 08-18-00083-CR

      Appellant,  §  Appeal from the

v.  §  346th District Court

THE STATE OF TEXAS,  §  of El Paso County, Texas

      State.  §  (TC# 20180D01708)

§

# **O**RDER

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **December 22, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Mary Elizabeth Bonney, Official Court Reporter for the 346th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before December 22, 2018.

IT IS SO ORDERED this 10th day of December, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.